15-CV-598

## CERTIFICATE     OF     SERVICE

United States Courts
Southern District of Texas
FILED

MAR 2 4 2015

David J. Bradley, Clerk of Court

I CERTIFY THAT A TRUE AND CORRECT COPY OF THIS NOTICE WAS SERVED ON ALL PARTIES AS INDICATED BELOW , SENT VIA REGULAR MAIL AND CERTIFIED MAIL WHEREVER KNOWN AT THE ADDRESSES INDICATED BELOW , ON *March 6*, 2015

**W M C MORTGAGE CORPORATION** Home Mortgage ( First Lien), an corporation who may be Served with citation at business address (Last Known) Mortgage Loan

6320 Canoga Avenue (8th AND 10th Floor Close) AS OF August 17,2004 Woodland Hills,CA. 91367

RESPECTFULLY   SUBMITTED

Rosemary   Thompson   AND Timothy E. Thompson

*Rosemary Thompson*   *Timothy E. Thompson*
PRO   SE   *March 6 , 2015*

P.O. BOX 124

1039

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

WOODLAND HILLS, CA 91367

| | | |
|---|---|---|
| Postage | $ | $1.61 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.61 |

Postmark Here   03/10/2015

Sent To
Street & Apt. No.
or PO Box No.
City, State, ZIP+4

PS Form 3800, July 2014          See Reverse for Instructions

7014 2120 0003 2228 5009

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WMC Mortgage Corp.
6320 Canoga Ave
(8th Floor + 10th Floor)
Woodland Hills Ca.
California 91367

2. Article Number
(Transfer from service label)          7014 2120 0003 2228 5009

PS Form 3811, July 2013          Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)          C.

D. Is delivery address different from item 1?
If YES, enter delivery address below:

MAR 13 2015

3. Service Type
☐ Certified Mail®    ☐ Priority Mail Exp
☐ Registered        ☐ Return Receipt f
☐ Insured Mail      ☐ Collect on Delive

4. Restricted Delivery? (Extra Fee)

MAR 13 2015