United States District Court
Southern District of Texas
**ENTERED**
January 14, 2016
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ROSEMARY THOMPSON and | § | |
| TIMOTHY E. THOMPSON, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-598 |
| | § | |
| WELLS FARGO BANK, N.A., *et al*., | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

For the reasons stated in the court's Memorandum and Order of even date, this action is

dismissed with prejudice.

SIGNED on January 14, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

1